[No. 11036-5-I.   Division One.   June 4, 1984.]

NEIGHBORS UNITED, INC., ET AL, *Appellants,* v.
MUKILTEO WATER DISTRICT, ET AL,
*Respondents.*

Appeal from judgments of the Superior Court for Snoho-
mish County, No. 81–2–02280-2, John E. Rutter, Jr., J.,
entered October 28 and November 20, 1981. *Affirmed* by

unpublished opinion per Swanson, J., concurred in by Scholfield, J., and Johnsen, J. Pro Tem.